**Order entered April 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00649-CV

**JEFF AND COURTNEY BLANKINSHIP, AND MIRACLE GOLF CONCEPTS, Appellants**

**V.**

**TIMOTHY BROWN, GARY W. BLANSCET AND BLANSCET SUTHERLAND, HOOPER, Appellees**

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 320570014

## ORDER

Appellants' motion for rehearing is **DENIED**.


/s/      MICHAEL J. O'NEILL
          JUSTICE